No. 888. UNITED RAILROADS OF SAN FRANCISCO, PETI-TIONER, *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.

June 7, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William M. Abbott* and *Mr. Joseph D. Redding* for the petitioner. *Mr. Percy V. Long* for the respondents.

